IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:15-CR-161 ALM |
| | § | |
| JUSTIN JONES (12) | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on May 2, 2019, to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by Lesley Brooks.

On January 22, 2014, Defendant was sentenced by the Honorable Amos L. Mazzant, III, United States District Judge, to a sentence of twelve (12) months imprisonment followed by a three (3) year term of supervised release for the offense of Conspiracy to Pass Fictitious Obligations. Defendant began his term of supervision on June 8, 2018.

On April 1, 2019, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 622). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant must not commit another federal, state, or local crime; (2) Defendant must refrain from any unlawful use of a controlled substance; (3) After initially reporting to the probation office, Defendant will receive instructions from the court or the probation officer, and must report to the probation officer as instructed; (4) Defendant must not knowingly leave the federal judicial district where Defendant is authorized to reside without first

1

getting permission from the Court or the probation officer; and (5) Defendant must participate in a program of testing and treatment for drug abuse and follow the rules and regulations of that program until discharged. The probation officer, in consultation with the treatment provider, will supervise Defendant's participation in the program. Defendant must pay any cost associated with treatment and testing.

The Petition alleges that Defendant committed the following violations: (1) On March 15, 2019, Defendant was arrested by Allen, Texas, Police Department for Possession of Drug Paraphernalia, a Class C misdemeanor, and Forgery of a Financial Instrument, a Class A misdemeanor. According to the report, Defendant was pulled over and found to be in possession of a digital scale containing methamphetamine residue, a broken syringe, four counterfeit $100 bills, and four counterfeit $20 bills. Defendant was released on bond, and the charges are pending in Collin County; (2) On January 3, 2019, Defendant submitted a urine sample which tested positive for cocaine, opiates, and amphetamines. The results were confirmed by the laboratory, and Defendant subsequently admitted to using the substances. On January 9, 2019, Defendant submitted a urine sample which tested positive for cocaine and amphetamines. The results were confirmed by the laboratory. On January 25, 2019, Defendant submitted a urine sample that tested positive for amphetamines. The results were confirmed by the laboratory, and Defendant admitted to using methamphetamine on or around January 24, 2019. On February 4, 2019, Defendant submitted a urine sample which tested positive for amphetamines. The results were confirmed by the laboratory, and Defendant admitted to using methamphetamine on or around February 2, 2019; (3) Defendant failed to report to the U.S. Probation Office on March 1, 2019, as instructed; and (4) On January 30, 2019, Defendant was arrested on an outstanding warrant by the Love County Sheriff's Office in Marietta,

Oklahoma.

At the hearing, Defendant entered a plea of true to Allegation 2. Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the May 2, 2019, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-one (21) months, with twelve (12) months supervised release to follow. The Court further recommends Defendant participate in the RDAP program and drug abuse treatment, while imprisoned. The Court further recommends that Defendant's term of imprisonment be carried out in FCI Fort Worth, if appropriate.

**SIGNED this 16th day of May, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE